UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CHRISTY BUDISH,  )  No. EDCV 08-1030 FFM
            )
    Plaintiff,  )  JUDGMENT OF REMAND
            )
v.  )
            )
MICHAEL J. ASTRUE,  )
Commissioner of Social Security,  )
            )
    Defendant.  )
_____  )

    The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated October 18, 2010.


DATED:  October 18, 2010

                                            /S/ FREDERICK F. MUMM
                                            FREDERICK F. MUMM
                                            United States Magistrate Judge