1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Christy Budish

7

8              **UNITED STATES DISTRICT COURT**
               **WESTERN DIVISION**
9

10 CHRISTY BUDISH,                    ) Case No.: EDCV 08-1030 (FFM)
                                      )
11       Plaintiff,                   ) {PROPOSED} ORDER AWARDING
                                      ) EQUAL ACCESS TO JUSTICE ACT
12       vs.                          ) ATTORNEY FEES AND EXPENSES
                                      ) PURSUANT TO 28 U.S.C. § 2412(d)
13 MICHAEL J. ASTRUE,                 ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,   ) U.S.C. § 1920
14                                    )
         Defendant                    )
15                                    )
   _____    )
16

17      Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19      IT IS ORDERED that fees and expenses in the amount of TWO

20 THOUSAND NINE HUNDRED DOLLARS ($2,900) as authorized by 28 U.S.C.

21 § 2412 be awarded subject to the terms of the Stipulation.

22 DATE:   November 15, 2010

23                    _/S/ FREDERICK F. MUMM
   _____
24                    THE HONORABLE FREDERICK F. MUMM
                      UNITED STATES MAGISTRATE JUDGE
25

26

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ Brian C. Shapiro
_____
4 | Brian C. Shapiro
Attorney for plaintiff Christy Budish

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26